JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA YULISSA LUCAS OCHOA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-03342-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: ___07/01/2026___



_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE